# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

#1-4908 369402
**Registration Number**
## VA 2-050-255
**Effective Date of Registration:**
April 17, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Published Collection of Photographs - Published 2004 - 748 photos |
| **Previous or Alternate Title:** | Group registration of published photographs; 748 photos published Mar 7 - Nov 13, 2004 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |
| **Date of 1st Publication:** | March 07, 2004 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Adam Romanowicz |
| **Author Created:** | photograph |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adam Romanowicz<br>PO Box 186, Medinah, IL, 60157-0186, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Adam Romanowicz |
| **Email:** | adam@3scape.com |
| **Telephone:** | (312)970-9894 |
| **Address:** | PO Box 186<br>Medinah, IL 60157 United States |

## Certification

| | |
|---|---|
| **Name:** | Adam Romanowicz |
| **Date:** | April 17, 2017 |